IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MURTAZA SAIFUDDIN

Criminal No. 15-151

[UNDER SEAL]

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Charles A. Eberle, Assistant United States Attorney for said District, and submits this Indictment Memorandum to the Court:

### I. THE INDICTMENT

A Federal Grand Jury returned a one-count Indictment against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| 1 | Identity Theft<br>On or about September 19, 2014. | 18 U.S.C. §§ 1028(a)(7), (c)(3)(A), and (f) |

### II. ELEMENTS OF THE OFFENSE

A.  As to Count 1:

In order for the crime of Identity Theft, in violation of 18 U.S.C. §§ 1028(a)(7), (c)(3)(A), and (f), to be

established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. The defendant attempted to transfer or knowingly transferred, without lawful authority, a means of identification of another person.

2. The defendant did so with the intent to commit, or to aid or abet, or in connection with, any unlawful activity that constitutes a violation of federal law, or that constitutes a felony under any applicable state or local law.

3. The transfer, possession or use of the means of identification was in or affected interstate commerce.

18 U.S.C. §§ 1028(a)(7), (c)(3)(A), and (f)

### III. PENALTIES

A. As to Count 1: Identity Theft (18 U.S.C. §§ 1028(a)(7), (c)(3)(A), and (f):

1. Not more than five (5) years (18 U.S.C. § 1028(b)(2));

2. A fine of not more than $250,000 or twice the pecuniary gain to any person or twice the pecuniary loss to any person;

3. A term of supervised release of not more than three (3) years (18 U.S.C. § 3583(b)(2)); and

4. Any or all of the above.

### IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V. RESTITUTION

Restitution may be required in this case, together with any authorized penalty, as part of the defendant's sentence pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664.

### VI. FORFEITURE

Not applicable in this case.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

*/s/ Charles A. Eberle*
CHARLES A. EBERLE
Assistant U.S. Attorney
PA ID No. 80782