IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MURTAZA SAIFUDDIN | Criminal No. 15-151<br>**[UNDER SEAL]** |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Charles A. Eberle, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant MURTAZA SAIFUDDIN, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with violating Title 18, United States Code, Sections 1028(a)(7), (c)(3)(A), and (f).

Recommended bond:  Detention.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: *Charles A. Eberle*
CHARLES A. EBERLE
Assistant U.S. Attorney
PA ID No. 80782