IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                          )<br>MURTAZA SAIFUDDIN,              )<br>)<br>Defendant.              ) | Criminal No. 15-151 |

ORDER

AND NOW, this 22ND day of August, 2016, it appearing that further proceeding cannot be held in this as to defendant Saifuddin because the defendant is a fugitive and a warrant of arrest has been issued,

IT IS HEREBY ORDERED that the case be returned to the Clerk of Court as to defendant Saifuddin until such time as action by the Court may be required against said defendant.

s/Arthur J. Schwab
United States District Judge

ecf:        Charles A. Eberle, Asst. U.S. Atty.

United States Marshal's Office